**Randal B. Acker, OSB #921879**
E-mail: acker@ackerlaw.com
ACKER & ASSOCIATES P.C.
525 SW Jackson Street
Portland, OR 97201
Tel: 503-228-2495
Fax: 503-228-8442
Attorney for Defendant

**Johnathan W. Anderson, NC Bar #37990**
E-mail: jon@lawofficejwa.com
JOHNATHAN W. ANDERSON, PLLC
2021 Fairview Road
Raleigh, NC 27608
Telephone: (919) 578-3075
Fax: (919) 573-0806
Local Civil Rule 83.1 Counsel for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TJF SERVICES, INC., d/b/a CAPE FEAR FLOORING & RESTORATION, CHAPPELL CREATIVE, INC., RUSTY ALLEN INSURANCE, LLC, and CHRIS HERRMANN, on behalf of each of them and all others similarly situated,<br><br>Plaintiffs.<br><br>vs.<br><br>TRANSPORTATION MEDIA, INC, d/b/a BENCH CRAFT COMPANY, an Oregon corporation,<br><br>Defendant. | Case No. _____<br><br>**DEFENDANT'S NOTICE OF REMOVAL**<br><br>(Wake County General Court of Justice, Superior Court Division Case No. 17 CV 12596) |

///

Page 1 of 4 – DEFENDANT'S NOTICE OF REMOVAL

ACKER & ASSOCIATES P.C.
LAW OFFICES
525 SW JACKSON STREET
PORTLAND, OR 97201
TEL: (503) 228-2495; FAX: (503) 228-8442

Case 5:17-cv-00626-RN   Document 4   Filed 12/22/17   Page 1 of 5

TO: The Clerk of the U.S. District Court for the Eastern District of North Carolina

PLEASE TAKE NOTICE that, pursuant to 28 USC §§1441 and 1446, Defendant Transportation Media, Inc. hereby removes to this Court the case now pending in Wake County General Court of Justice, Superior Court Division, as *TJF Services v. Transportation Media, et al.*, Case No. 17 CV 12596. All defendants, as there is only one, join in this removal.

As grounds for removal, Defendant states as follows:

## I. PROCESS, PLEADINGS AND ORDERS

1. Plaintiffs filed a complaint in this action now pending in Wake County General Court of Justice, Superior Court Division as *TJF Services v. Transportation Media, et al.*, Case No. 17 CV 12596. Pursuant to 28 USC §1446(a), all state court papers served on Defendant at the time of removal, consisting of Plaintiffs' Complaint, Summons, and Affidavit of Service, are attached as **Exhibit A**, **Exhibit B**, and **Exhibit C**, respectively.

2. There is only one defendant, accordingly, all defendants join in this removal.

3. No further proceedings have been had in the Wake County General Court of Justice, Superior Court Division, as of the date of filing of this removal.

## II. DIVERSITY JURISDICTION

4. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332. This action may be removed pursuant to 28 U.S.C. §1441 because the action involves a controversy between citizens of different states and, based on information and belief, the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Plaintiff TJF Services Inc. was, when filing the Complaint, and is now, a corporation that is a citizen of the State of North Carolina. Plaintiff TJF Services Inc. is a North Carolina corporation that conducts business in North Carolina (Complaint, ¶2).

Page 2 of 4 – DEFENDANT'S NOTICE OF REMOVAL

ACKER & ASSOCIATES P.C.
LAW OFFICES
525 SW JACKSON STREET
PORTLAND, OR 97201
TEL: (503) 228-2495; FAX: (503) 228-8442

Case 5:17-cv-00626-RN   Document 4   Filed 12/22/17   Page 2 of 5

6. Plaintiff Chappell Creative, Inc. was, when filing the Complaint, and is now, a corporation that is a citizen of the State of North Carolina. Plaintiff Chappell Creative, Inc. is a North Carolina corporation that conducts business in North Carolina (Complaint, ¶3).

7. Plaintiff Rusty Allen Insurance, LLC was, when filing the Complaint, and is now, a limited liability company that is a citizen of the State of North Carolina. Plaintiff Rusty Allen Insurance, LLC. is a North Carolina limited liability company that conducts business in North Carolina (Complaint, ¶4).

8. Plaintiff Chris Herrmann resides in and is a citizen of North Carolina (Complaint, ¶5).

9. Defendant was, when the Complaint was filed, and is now, a citizen of the State of Oregon as, pursuant to 28 U.S.C. §1332(c)(1), Defendant was incorporated in Oregon and has its principal place of business in Oregon.

10. The principal place of business can only be a single location and is located in the state where the corporation's headquarters is located, or where a corporation's officers direct, control, and coordinate the corporation's activities, i.e., the nerve center. *Hertz v. Friend*, 559 U.S. 77 (2010). Defendant's headquarters and nerve center is located in Oregon.

11. Based on information and belief, Plaintiffs allege money damages of more than $75,000, exclusive of interest and costs.

## III. REMOVAL TO THIS DISTRICT IS PROPER

12. Pursuant to 28 USC §§1332, 1441, and 1446, removal of the above-captioned state court action to this Court is appropriate.

13. Pursuant to 28 USC §1441(a), removal is made to this Court as the district and division embracing the place where the state action is pending.

Page 3 of 4 – DEFENDANT'S NOTICE OF REMOVAL

ACKER & ASSOCIATES P.C.
LAW OFFICES
525 SW JACKSON STREET
PORTLAND, OR 97201
TEL: (503) 228-2495; FAX: (503) 228-8442

Case 5:17-cv-00626-RN   Document 4   Filed 12/22/17   Page 3 of 5

14. Defendant is providing to Plaintiffs, through Plaintiffs' lawyer, written notice of the filing of this Notice of Removal. Further, Defendant is filing a copy of this Notice of Removal with the Clerk of the Wake County General Court of Justice, Superior Court Division, North Carolina, where the action is currently pending.

15. Based on the foregoing, Defendant gives notice that the above-entitled action is hereby removed from the Wake County General Court of Justice, Superior Court Division to the United States District Court for the Eastern District of North Carolina.

Dated: December 19, 2017.

ACKER & ASSOCIATES P.C.

/s/ Randal B. Acker
Randal B. Acker, OSB No. 921879
525 SW Jackson St.
Portland, OR 97201
Telephone: (503) 228-2495
Fax: (503) 228-8442
Email: acker@ackerlaw.com
Attorney for Defendant


JOHNATHAN W. ANDERSON, PLLC

/s/ Johnathan W. Anderson
Johnathan W. Anderson, NC Bar #37990
2021 Fairview Road
Raleigh, NC 27608
Telephone: (919) 578-3075
Fax: (919) 573-0806
Email: jon@lawofficejwa.com
Local Civil Rule 83.1 Counsel for Defendant

Page 4 of 4 – DEFENDANT'S NOTICE OF REMOVAL

ACKER & ASSOCIATES P.C.
LAW OFFICES
525 SW JACKSON STREET
PORTLAND, OR 97201
TEL: (503) 228-2495; FAX: (503) 228-8442

Case 5:17-cv-00626-RN   Document 4   Filed 12/22/17   Page 4 of 5

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by the method indicated below to the following:

**BY ELECTRONIC MAIL TO:**

Aaron C. Hemmings
ahemmings@hemmingsandstevens.com
Kelly A. Stevens
kstevens@hemmingsandstevens.com

**BY U.S. MAIL, POSTAGE PREPAID AND PROPERLY ADDRESSED TO:**

Aaron C. Hemmings & Kelly A. Stevens
Hemmings & Stevens, P.L.L.C.
5540 McNeely Drive, Suite 202
Raleigh, NC 27612

This the 19 day of December 2017.

CITY OF OAKS LAW

Vincent J. Nicolsen
2021 Fairview Road
Raleigh, NC 27608
Phone: (919) 578-3075
Fax: (919) 573-0806